```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 05 B 42767
   CHARLES J WILLIAMS
                                              CHAPTER 13

                                              JUDGE: A. BENJAMIN GOLDGAR
         Debtor
    SSN XXX-XX-0128

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/03/05 and confirmed on 11/18/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  18300.00 .

    4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                          PAID          PAID
-------------------------------------------------------------------------------
CAPITAL ONE BANK           UNSECURED         3125.82        197.39       3125.82
ECAST SETTLEMENT CORPORA   UNSECURED          618.55         27.45        618.55
ECAST SETTLEMENT CORPORA   UNSECURED         4191.30        266.11       4191.30
DISCOVER BANK              UNSECURED         6016.83        346.94       6016.83
FIA CARD SERVICES          UNSECURED       NOT FILED           .00           .00
FIA CARD SERVICES          UNSECURED       NOT FILED           .00           .00
SPRINT                     UNSECURED       NOT FILED           .00           .00
         Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00         .00     13952.50         .00      13952.50
PRINCIPAL PAID           .00         .00     13952.50         .00      13952.50
INTEREST PAID            .00         .00       837.89         .00        837.89
TOTAL PAID               .00         .00     14790.39         .00      14790.39
```

The Debtor's attorney, LEGAL HELPERS PC                  , was allowed $   2700.00
and was paid $    700.00   direct and $   2000.00  through the plan.

The Trustee received $    620.49 .

Refunds to the Debtor totaled $    889.12 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 10/10/07                        /S/
                                           GLENN STEARNS
                                           CHAPTER 13 TRUSTEE

```
                            PAGE   2
      CASE NO. 05 B 42767 CHARLES J WILLIAMS
```